NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARY E. GRIMES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7204

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-1841, Judge William A. Moorman.

---

## ON MOTION

---

Before RADER, *Chief Judge,* GAJARSA and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Lary E. Grimes moves for reconsideration of the order dismissing his appeal for lack of jurisdiction.

In his motion, Grimes appears to argue the merits of his case. Our previous order, however, did not make any decisions about the merits of Grimes's case. Rather, the order explained that we lack jurisdiction because the Court of Appeals for Veterans Claims' decision was not final.

As stated in our previous order, if the Court of Appeals for Veterans Claims issues an adverse final decision, Grimes may thereafter appeal that decision to this court.

Accordingly,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

**JUN 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Lary E. Grimes
     Joshua A. Mandlebaum, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 7 2012

JAN HORBALY
CLERK